IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

MICHAEL HENDRIX )
)
Movant, )
)
vs. ) CIVIL ACTION 611-064
) CRIMINAL ACTION 609-011
UNITED STATES OF AMERICA, )
)
Respondent. )

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. **ACCORDINGLY,** the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

SO ORDERED this 20 day of October, 2011.

B. Avant Edenfield
Judge, United States District Court
Southern District of Georgia